393 A.2d 1275

Commonwealth v. Elliott, Appellant.

Argued April 12, 1978. Robert J. Tesone, for appellant; David B. Douds, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

393 A.2d 1275

Commonwealth v. Endsley, Appellant.

Argued April 14, 1978. S. John, Assistant Public Defender, with him Thomas P. Ruane, Jr., Assistant Public Defender, for appellant; Gerald R. Solomon, District Attorney, submitted a brief for Commonwealth, appellee.

Judgment of sentence affirmed.